OPINION — AG — THAT A VACANCY DOES NOT NOW EXIST IN THE OFFICE OF STATE SENATOR HELD BY SENATOR MCCOLGIN PRIOR TO HIS DEATH ON OCT. 26, 1963 THAT MAY NOW BE FILLED BY AN ELECTION CALLED BY THE GOVERNOR BELLMON UNDER THE PROVISIONS OF 26 O.S. 1961 541-545 [26-541] — [26-545] AND THE APPLICABLE PROVISIONS OF 26 O.S. 1961 163 [26-163] AND 26 O.S. 1961 113 [26-113] OF SAID TITLE. CITE: 51 O.S. 1961 8 [51-8], 14 O.S. 1963 Supp., 78.1-78.11 [14-78.1] — [14-78.11] (FRED HANSEN)